# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00009-CV
NO. 03-06-00137-CV

**Maggie McLenning, Appellant**

**v.**

**Barbara Piccinni, Appellee**

## FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY,
NO. C-1-CV-05-000845, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The appellant has filed an unopposed motion asking this Court to dismiss the appeal.

*See* Tex. R. App. P. 42(a)(1).  We grant the motion and dismiss the appeal.

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices B. A. Smith and Waldrop

Dismissed on Appellant's Motion

Filed:   June 14, 2006